UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW R. NOVITZKY,<br><br>Plaintiff,<br><br>v.<br><br>TRANSUNION LLC; CAPITAL ONE BANK (USA), N.A.; CITIBANK, N.A.; and WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No. 2:23-cv-04229-SPG-MAR<br><br>**JUDGMENT AS TO DEFENDANT TRANSUNION LLC** |

Pursuant to the Court's August 29, 2025, Order Granting Defendant Transunion LLC's Motion for Summary Judgment [ECF No. 187], (ECF No. 196), and good causing appearing,

IT IS HEREBY ORDERED AND ADJUDICATED that Judgment shall be entered in favor of Defendant Transunion LLC and against Plaintiff Matthew R. Novitzky, and Plaintiff's Fifth Amended Complaint (ECF No. 90) shall be dismissed in its entirety, with prejudice.

IT IS FURTHER ORDERED that Defendant Transunion LLC, as a prevailing party on the claims asserted against it, may file a bill of costs in accordance with Federal

Rule of Civil Procedure 54 and Local Rule 54.

IT IS FURTHER ORDERED that this Judgment disposes of all claims, with prejudice, asserted against Transunion LLC in this action.

IT IS FURTHER ORDERED that this Judgment is final as to Defendant Transunion LLC.

**IT IS SO ORDERED.**

DATED: <u>September 11, 2025</u>

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE