**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW R. NOVITZKY,<br><br>    Plaintiff,<br><br> v.<br><br>TRANSUNION LLC; CAPITAL ONE BANK (USA), N.A.; CITIBANK, N.A.; and WELLS FARGO BANK, N.A.,<br><br>    Defendants. | Case No. 2:23-cv-04229-SPG-MAR<br><br>**JUDGMENT AS TO DEFENDANT CAPITAL ONE BANK (USA), N.A.** |

  Pursuant to the Court's August 29, 2025, Order Granting Defendant Capital One Bank (USA), N.A.'s Motion for Summary Judgment [ECF No. 186], (ECF No. 196), and good cause appearing,

  IT IS HEREBY ORDERED AND ADJUDICATED that Judgment shall be entered in favor of Defendant Capital One, N.A., successor-by-merger to Capital One Bank (USA), N.A. and against Plaintiff Matthew R. Novitzky, and Plaintiff's Fifth Amended Complaint (ECF No. 90) shall be dismissed in its entirety, with prejudice.

  IT IS FURTHER ORDERED that Defendant Capital One, N.A., as a prevailing party on the claims asserted against it, may file a bill of costs in accordance with Federal

Rule of Civil Procedure 54 and Local Rule 54.

IT IS FURTHER ORDERED that this Judgment disposes of all claims, with prejudice, asserted against Capital One, N.A. in this action.

IT IS FURTHER ORDERED that this Judgment is final as to Defendant Capital One, N.A.

**IT IS SO ORDERED.**

DATED:  September 11, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE